

# Notice of Service of Process

null / ALL
Transmittal Number: 18207087
Date Processed: 05/22/2018

| | |
|---|---|
| Primary Contact: | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |
| Entity: | State Farm Fire and Casualty Company<br>Entity ID Number 3461650 |
| Entity Served: | State Farm Fire and Casualty Company |
| Title of Action: | James Allen Miller, Jr. vs. State Farm Fire and Casualty Company |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Frederick County Circuit Court, Virginia |
| Case/Reference No: | CL18-119 |
| Jurisdiction Served: | Virginia |
| Date Served on CSC: | 05/22/2018 |
| Answer or Appearance Due: | 21 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Clinton R. Ritter<br>540-662-7175 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com



EXHIBIT 1

# COMMONWEALTH OF VIRGINIA



FREDERICK CIRCUIT COURT
Civil Division
5 N. KENT STREET
WINCHESTER VA 22601
(540) 665-5659

Summons

To: STATE FARM FIRE CASUALTY CO
SERVE: REGISTERED AGENT
CORPORATION SERVICE CO
BANK OF AMERICA CENTER, 16TH FL
1111 E. MAIN STREET
RICHMOND VA 23219

Case No. 069CL18000119-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Monday, May 21, 2018

Clerk of Court: REBECCA P. HOGAN

by _Rebecca P. Hogan_
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: RITTER, CLINTON R
205 E. BOSCAWEN STREET
WINCHESTER VA 22601

VIRGINIA:

IN THE CIRCUIT COURT FOR FREDERICK COUNTY

JAMES ALLEN MILLER, JR.,
      PLAINTIFF,

V                          ACTION NO: CL18-119

STATE FARM FIRE AND CASUALTY COMPANY,
      DEFENDANT.

Serve:   Corporation Service Company, Registered Agent
         Bank of America Center, 16th Floor
         1111 East Main St.
         Richmond, VA 23219

## COMPLAINT

### COUNT I
### BREACH OF CONTRACT

      COMES NOW the Plaintiff, James Allen Miller, Jr., and for Count I of his complaint states and avers as follows:

      1. Your Plaintiff purchased real estate improved with 2 dwellings (structures), by deed dated the 17th day of October, 2014 from Rennie Ruble; a copy of said deed is attached hereto as "Exhibit 1", and Plaintiff prays that it be read as a part hereof.

      2. Shortly thereafter, and prior to March 2, 2016, plaintiff requested that the defendant, State Farm Fire and Casualty Company, insure said property for loss from fire and/or other causes.

      3. Prior to March 2, 2016 Defendant agreed to insure said property for loss by fire; a copy of the declaration page for the subject policy, number 46-CC-V683-1, is attached hereto as "Exhibit 2" and by this reference prayed to be read as a part hereof.

      4. Your plaintiff paid his premiums timely, on said property, and in compliance with the terms of said insurance contract.

      5. On the 2nd day of March, 2016, plaintiff suffered a loss on the insured

property by a fire, which occurred on said premises.

6. The damages caused by the ssaid fire were estimated, by estimate done at defendant's request, to be in the amount of $105,387.42; a copy of the said estimate is attached hereto as Plaintiff's "Exhibit 3" and prayed to be read as a part hereof.

7. Plaintiff secured the services of Greg Unger Builders to provide an estimate for damages which was 112,611.00; a copy attached hereto as "Exhibit 4".

8. Defendant refused to make payment for said damages, without just cause or reasonable basis.

9. Defendant breached the said insurance contract by failing to cooperate with the Frederick County, Virginia Fire Marshall in violation of Virginia Code Sections 27-85.3 through 27-85.6.

10. Defendant breached the said contract in violation Virginia Code Section 38.2-510

11. Defendant breached the terms of the said insurance contract and refused to make payment, causing great financial harm and damages to plaintiff.

12. Plaintiff is entitled to judgment against defendant for One Hundred Five Thousand Three Hundred Eighty-Seven 42/100 Dollars ($105,387.42) in damages for breach of contract.

## COUNT II

### BAD FAITH SETTLEMENT

**(Breach of implied duty of good faith and fair dealings)**

COMES NOW the Plaintiff, James Allen Miller, Jr., and for Count II (Bad Faith Settlement) of his complaint states and avers as follows:

1. The plaintiff adopts all the allegations set forth in Count I of this Complaint and prays that it be read as a part hereof.

2. On the 2nd day of March, 2016 the Frederick County, Virginia's Fire Marshall's Office, with five (5) Fire Marshalls, investigated the fire at the Plaintiff's property.

3. All five (5) of the Fire Marshalls for Frederick County concluded that the fire was of undetermined origin.

4. The Frederick County Fire Marshall's Office made no finding of arson.

5. The Chief of the Frederick County Fire Marshall's, William Pifer, III, met with an investigator, William Niemann, of Fire Technology Consultants, retained and/or employed by the defendant, at the scene of the fire on the plaintiff's property, a few days after the said fire.

6. About a week after the fire the Defendant's investigator, William Niemann, took samples of materials from the unsecured building to be sent to a laboratory for testing.

7. The Frederick County Fire Marshall requested in August, 2016, in writing, a copy of any information the defendant may have in its possession, in reference to this fire.

8. The defendant, through its employees, agents, and persons acting on its behalf or at its direction, failed to send a copy of the lab report and any other information in their possession in reference to this fire to the Frederick County Fire Marshall's Office; see the letter attached hereto dated January 30, 2018, and prayed to be read as a part hereof, marked (Exhibit 5). In so doing the defendant acted in bad faith in violation of Virginia Code Section 27-85.3 through section 27-85.6.

9. The defendant has not sent a copy of the lab report or any information in reference to the fire to the plaintiff.

10. The defendant alleges that the fire was of an incendiary nature.

11. The plaintiff states and avers that this property was originally a gas station for years and that materials of an incendiary nature were stored all over the property, including oil, gasoline, kerosene and other materials.

12. On May 7, 2016, the defendant sent a letter to the plaintiff, copy of which is attached hereto and prayed to be read as a part hereof (Exhibit 6). Although that letter states "enclosed is a check for $87,592.50", there was no check enclosed.

13. However, the plaintiff continued to cooperate with the defendant, allowing his deposition to be taken on the 1st day of July, 2016 by the defendants lawyer.

14. The plaintiff continued to pay his insurance premiums for 2016 and all of 2017.

15. The defendant accepted the premiums, even after sending a letter of refusal to make payment for the damages or honor the contract.

16. The plaintiff continued to supply the defendant with requested information, including his tax returns, bank statements, business records, and even phone bills.

17. The defendant continued to delay settlement and waited ten (10) months to interview a material witness for the plaintiff.

18. Even if this was a case of arson, the defendant has no evidence that the plaintiff started this fire, either intentionally or unintentionally.

19. The defendant worked for over a year, not in an attempt to settle the plaintiff's claim, but to gather information to deny the claim, in violation of Virginia Code Section 38.2-510.

20. Pursuant to all the allegations setforth in paragraph numbers 1-12 of Count I, of your Plaintiff's Complaint, and all the allegations setforth in Count II, of your Plaintiff's Complaint, your plaintiff states and avers that the defendant acted in bad faith. The defendant refused to fulfill a contractual obligation, the defendant's actions were wrong with dishonest intent and constitutes a willful tort.

21. Plaintiff is entitled to judgment against defendant for Three Hundred and Fifty Thousand Dollars, ($350,000.00) in punitive damages.

## COUNT III

## COMPENSATORY DAMAGES

COMES NOW the Plaintiff, James Allen Miller, Jr., and for Count III of his complaint states and avers as follows:

1. The plaintiff adopts all the allegations setforth in paragraphs 1- 12 of Count I of this Complaint and all the allegations setforth in paragraphs 1-21 of Count II, of your Plaintiff's Complaint, and prays that they be made a part hereof.

2. The defendant breached the terms of the contract without just cause or excuse and committed a willful tort.

3. The plaintiff has lost rental income at the rate of $1,000.00 per month for 18

months, due to the defendant's failure to pay for damages in accordance with the terms of the insurance contract.

4. The plaintiff had to obtain the services of an attorney to file this law suit, because of the defendant's failure to honor the insurance contract.

5. Plaintiff is entitled to judgment against the defendant for Eighteen Thousand Dollars ($18,000.00) in lost rental income and pursuant Virginia Code Section 38.2-209, plaintiff is entitled for judgment in attorney's fees in the amount of Thirty Five Thousand Dollars ($35,000.00)

**WHEREFORE**, as to Count I, your plaintiff requests judgment against the defendant in the amount of One Hundred Five Thousand Three Hundred Eighty-Seven 42/100 Dollars ($105,387.42), plus court costs, for breach of contract; and, as to Count II, the plaintiff demands judgment against the defendant for acting in bad faith and requests punitive damages against the defendant in the amount of Three Hundred and Fifty Thousand Dollars ($350,000.00); and, as to Count III, the plaintiff requests judgment for attorney's fees in the amount of Thirty-Five Thousand Dollars ($35,000.00); and, the plaintiff requests judgment for loss of rental income in the amount of eighteen Thousand Dollars ($18,000.00), as compensatory damages.

*James Allen Miller, JR*
JAMES ALLEN MILLER, JR.

*John N. Bradley*
John N. Bradley, Esquire
VSB # 75953
205 East Boscawen Street
Winchester, Virginia 22601
540-545-8070
Counsel for Plaintiff

18 FEB 21 PM 2:37
FILED
FRED. CO. CLERK'S OFFICE
REBECCA P. HOGAN, CLERK

_(signature)_
Clinton R. Ritter, Esquire
VSB # 12088
205 East Boscawen Street
Winchester, Virginia 22601
540-662-7175
Counsel for Plaintiff

## AFFIDAVIT

COMMONWEALTH AT LARGE, at Large
City of Winchester, to-wit

Personally appeared before me, James Allen Miller, Jr., on this 16th day of February, 2018, and after being placed under oath, states and avers that all the allegation setforth in Counts I, II and III of his Complaint against State Farm Fire and Casualty Company are true to the best of his knowledge and belief.

Dated this 16th day of February, 2018

DEBRA J. RITTER
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #184016 2/28/2022
My Commission Expires

_(signature)_
NOTARY PUBLIC

My Commission Expires: 02/28/2022

Registration No.: 184016

## CERTIFICATE

I, John N. Bradley and Clinton R. Ritter, Counsels for Plaintiff, do hereby certify that we mail, by U.S. First Class Postal Service, a true and exact copy of the foregoing Complaint to Corporation Service Company, Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, Virginia 23219, Registered Agent for State Farm Fire and Casualty Company, on this 20th day of February, 2018.

John N. Bradley, Esquire

Clinton R. Ritter, Esquire

140000099

0192

# DEED

THIS DEED, made this 17th day of October, 2014, by and between **Rennie RUBLE**, GRANTOR; and **James A. MILLER, JR.**, GRANTEE;

## WITNESSETH:

THAT, for and in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable consideration, receipt of which is hereby acknowledged, the GRANTOR does hereby grant, bargain, sell and convey, in fee simple and with General Warranty and English Covenants of Title, unto the GRANTEE, the following property:

ALL THAT certain lot or parcel of land containing one (1) acre, more or less, lying and being situate on the western side of Virginia-U.S. Highway 522, about nineteen miles northwest of Winchester, in Gainesboro Magisterial District, Frederick County, Virginia.

AND BEING the same property conveyed to the Grantor herein by Quitclaim Deed dated February 12, 2014 and recorded February 12, 2014 as Instrument Number 140001139, as to ½ interest and by Deed dated February 21, 2007, and recorded March 5, 2007, as Instrument Number 070003639, as to ½ interest, both deeds are recorded in the aforesaid Clerk's Office.

This conveyance is made subject to covenants, conditions, restrictions, easements and rights of way of record.

The GRANTOR covenants that said GRANTOR has the right to convey the aforesaid property; that the GRANTOR has done no act to encumber said property; that the GRANTOR will execute such further assurances as may be requisite.

Consideration: $30,000.00
Assessed Value: $87,900.00
Tax Map #: 06-A-37
Insured by: Old Republic National Title Insurance Company
Grantees' address: 9794 North Frederick Pike, Cross Junction, VA 22625

"EXHIBIT 1"

WITNESS the following signature and seal:

_____Rennie Ruble_____ (Seal)
Rennie Ruble

STATE OF VIRGINIA
CITY OF WINCHESTER

I, the undersigned, a Notary Public in and for the jurisdiction aforesaid, do certify that **Rennie Ruble**, whose names is signed to the foregoing document, acknowledged the same before me this 17th day of October, 2014.

_____Ellen R. Starliper_____
Notary Public

My Commission Expires: 9-30-2017
Registration #: 249683



Prepared by and return to:
Briel PC Attorneys
Michael E. Briel VSB# 28003
12 W. Gerrard Street
Winchester, VA 22601
VA14-10-263-W

VIRGINIA: FREDERICK COUNTY.SCT.
This instrument of writing was produced to me on

10-20-14 at 11:39 Am
and with certificate acknowledgement thereto annexed was admitted to record. Tax imposed by Sec. 58.1-802 of $ 88.00, and 58.1-801 have been paid, if assessable.

_____Rebecca P. Hogan_____, Clerk



OFFICIAL RECEIPT
FREDERICK CIRCUIT COURT
DEED RECEIPT

```
DATE: 10/20/14 TIME: 11:39:15 ACCOUNT: 069CLR140008833    RECEIPT: 14000018349
CASHIER: KJS  REG: WE17  TYPE: DBS     PAYMENT: FULL PAYMENT
INSTRUMENT : 140008833  BOOK:        PAGE:       RECORDED: 10/20/14 AT 11:39
GRANTOR: RUBLE, RENNIE                              EX: N  LOC: CO
GRANTEE: MILLER, JAMES A; JR                        EX: N  PCT: 100%
 AND ADDRESS : 9794 NORTH FREDERICK PIKE CROSS JUNCTION, VA. 22625
RECEIVED OF : BRIEL/APRIL              DATE OF DEED: 10/17/14
   CHECK:       $424.00
 DESCRIPTION 1. GA DIST                       PAGES:    2  OP: 0
             2. PARCEL OF LAND                NAMES:    0
 CONSIDERATION:   30,000.00  A/VAL:   87,900.00  MAP: 06-A-37
                                                 PIN:
 301 DEEDS                     14.50  145 VSLF                     1.50
 038 DEEDS OF CONV.            44.00  220 GRANTOR TAX             44.00
 039 DEEDS & CONTRACTS        219.75  213 COUNTY GRANTEE TAX      73.25
 212 TRANSFER FEE               1.00  106 TECHNOLOGY TRST FND      5.00
 035 VOF FEE                    1.00          TENDERED    :      424.00
 036 DEED PROCESSING FEE       20.00          AMOUNT PAID:       424.00
                                              CHANGE AMT  :         .00
                   CLERK OF COURT: REBECCA P. HOGAN
```

PAYOR'S COPY
RECEIPT COPY 1 OF 2

**DECLARATIONS**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

Coverage afforded by this policy is provided by:

STATE FARM FIRE AND CASUALTY COMPANY
1500 STATE FARM BLVD
CHARLOTTESVILLE VA 22909

46-CC-V683-1    **Policy Number**

A Stock Company with Home Offices in Bloomington, Illinois.

**Named Insured and Mailing Address**
MILLER, JAMES ALLEN JR
9897 N FREDERICK PIKE
CROSS JCT, VA 22625-1516

---

The Policy Period begins and ends at 12:01 a.m. Standard Time at the residence premises.

01/21/2015  **Effective Date**
            **12months-Policy Period**
01/21/2016  **Expiration of Policy Period**

**Limit of Liability - Section 1**
$ 167,000   Dwelling (Coverage A)

**Policy Type**
Homeowners Policy
  Dwell Repl Cost - Similar Construction
  Increase Dwlg Up to $33,400 - Option ID

**Location of Premises**
9897 N FREDERICK PIKE
CROSS JCT, VA 22625-1516

**Automatic Renewal** - If the Policy Period is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

**Deductibles - Section 1 $1000**
ALL LOSSES   In case of loss under this policy, the deductible will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to your policy.

**Policy Premium**   $730.00

---

**Forms, Options, & Endorsements**
FP-7155.5    HOMEOWNERS          LSP A1     SMLR CONST-A
LSP B1       LMT RPLC COST-B     OPT ID     COV A-INCR DWLG
FE-1357      FDSC INCREASE       FE-3539    HO-W POL END
FE-2369      AMENDATORY END

---

**Agent Name & Address**
CLAYTON JR, TALMADGE D
158 FRONT ROYAL PIKE STE
WINCHESTER, VA
22602-4324  (540)665-1766

Loan Number:

Prepared:    Octo!          "EXHIBIT 2"                            9D34
                                                              Agent's Code
559-916.5                                                    **MORTGAGEE COPY**

## Claim Rep Draft

MILLER, JAMES                                                                                         46-825K-396

| | | | |
|---|---|---|---|
| Insured: | MILLER, JAMES | Estimate: | 46-825K-396 |
| Property: | 9897 N Frederick Pike | Claim Number: | 46825K396 |
| | Cross Jct, VA 22625-1516 | Policy Number: | 46-CC-V683-1 |
| Cellular: | 540-533-6580 | Price List: | VAWI28_MAR16 |
| Type of Loss: | Fire | | Restoration/Service/Remodel |
| Deductible: | $0.00 | | |
| Date of Loss: | 3/2/2016 | | |
| Date Inspected: | 3/2/2016 | | |

### Summary for Coverage A - Dwelling - 33 Fire, Lightning, & Removal

| | |
|---|---:|
| Line Item Total | 82,860.68 |
| Material Sales Tax | 1,449.05 |
| Subtotal | 84,309.73 |
| General Contractor Overhead | 12,646.52 |
| General Contractor Profit | 8,431.17 |
| Replacement Cost Value (Including General Contractor Overhead and Profit) | 105,387.42 |
| Less Depreciation (Including Taxes) | (14,235.82) |
| Less General Contractor Overhead & Profit on Recoverable & Non-recoverable Depreciation | (3,559.10) |
| Less Deductible | (0.00) |
| Net Actual Cash Value Payment | $87,592.50 |

### Maximum Additional Amounts Available If Incurred:

| | | |
|---|---:|---:|
| Total Line Item Depreciation (Including Taxes) | 14,235.82 | |
| General Contractor O&P on Depreciation | 3,559.10 | |
| Replacement Cost Benefits | | 17,794.92 |
| Total Maximum Additional Amount Available If Incurred | | 17,794.92 |
| Total Amount of Claim If Incurred | | $105,387.42 |

James, Amy

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

"EXHIBIT 3"

5/7/2016 3:32 PM                                                                                           Page: 2

12/28/2016

**Greg Unger Builders**
668 Germany Road
Stephens City, Va 22655
540-974-0719

**James Miller**
9897 North Frederick Pike
Winchester, Va. 22602

Remodel of house after fire

| | |
|---|---:|
| (1) Permits | 2500.00 |
| (2) Demo of part of house where fire destroyed clean up debris, haul away junk, and dumpster | 10200.00 |
| (3) Material, windows, doors, framing material, and interior doors | 9056.00 |
| (4) Labor to rebuild | 22975.00 |
| (5) Electric | 6505.00 |
| (6) Plumbing | 7550.00 |
| (7) HVAC | 7000.00 |
| (8) Metal standing seam roofing and labor | 13500.00 |
| (9) Paneling and install | 7200.00 |
| (10) Trim | 675.00 |
| (11) Trim labor | 2600.00 |
| (12) Paint and labor | 3200.00 |
| (13) Flooring, vinyl, and carpet | 3200.00 |
| (14) Insulation | 3300.00 |
| (15) Siding and soffice | 7550.00 |
| (16) Light fixtures | 2200.00 |
| (17) Finish hardware | 800.00 |
| (18) Sheetrock ceiling and labor | 2600.00 |
| Total | 112611.00 |

James A Miller SR
Claim #46-825K-396

"EXHIBIT 4"



FIRE AND RESCUE DEPARTMENT

OFFICE OF THE FIRE MARSHAL

1080 Coverstone Drive
Winchester, VA 22602
www.fcva.us/fmo

John J. Bauserman
Deputy Chief
Fire Marshal
Life Safety Division

January 30, 2018

Clinton R. Ritter
Attorney at Law
205 East Boscawen Street
Winchester, VA 22601

Re: James Allen Miller, Jr.
Fire

Dear Mr. Ritter,

In response to your letter dated January 26, 2018, regarding your statement "At our meeting at your office, you stated that to your knowledge your office never forwarded any new information during the summer of 2016, or thereafter, to State Farm Fire and Casualty Company." As a point of clarification, during the meeting on July 27, 2017 at our office, I explained that copies of our reports had been sent to State Farm via FOIA requests. What was discussed during the meeting was that at no time did we present material to State Farm that suggested we believed the cause of this fire to be incendiary in nature.

To date, State Farm has obtained copies of our engine company fire report and investigation report, to include scene photographs via FOIA requests. You can obtain copies of these documents by submitting a FOIA Request to https://frederickcountyva.nextrequest.com/.

In a letter dated, August 1, 2016 to Pamela Riffe with State Farm from myself, "...pursuant to Article 3, "Arson Reporting Immunity Act", Code of Virginia Sections 27-85.3, 27-85.4, 27-85.5 and 27-85.6, we are requesting a copy of the applicable company information as detailed concerning the stated laws including but shall not be limited to the following information:

1. Pertinent insurance policy information relevant to a fire loss under investigation and any application for such a policy;

2. Policy premium payment records;      "EXHIBIT 5"

3. History of previous claims made by the insured;

Life Safety (540) 665-6350          jbauserm@fcva.us          ... (540) 678-4739

4. Material relating to the investigation of the loss, including statements of any person, proof of loss, and any other evidence relevant to the investigation. To include but not limited to investigative reports, lab analysis, photos, witness interview transcripts or summaries.

This request for information was based solely on the content of a letter I received dated May 23, 2016 from Pamela Riffe with State Farm. Where she wrote "In compliance with Virginia Code Title 27, Section 85.3-85.5, we are informing you that this fire has been determined to be incendiary in nature by William Niemann of Fire Technology Consultants, LLC."

As of this date, we have not received any of the requested information.

If you have any further questions, please feel free to call my office.

Sincerely,

William E. Pifer III
Assistant Fire Marshal

Cc: File

**State Farm**

## Explanation of Building Replacement Cost Benefits
## Homeowner Policy
### Coverage A - Dwelling - 33 Fire, Lightning, & Removal

| To: | Name: | MILLER, JAMES |
|---|---|---|
| | Address: | 9897 N Frederick Pike |
| | City: | Cross Jct |
| | State/Zip: | VA, 22625-1516 |

| Insured: | MILLER, JAMES | Claim Number: | 46825K396 |
|---|---|---|---|
| Date of Loss: | 3/2/2016 | Cause of Loss: | FIRE |

Your insurance policy provides replacement cost coverage for some or all of the loss or damage to your dwelling or structures. Replacement cost coverage pays the actual and necessary cost of repair or replacement, without a deduction for depreciation, subject to your policy's limit of liability. To receive replacement cost benefits you must:

1. Make a claim for any additional payment on a replacement cost basis within six months of either:
   a. The last date you received an actual cash value payment; or
   b. The date of entry of a final order asserting your right to replacement cost settlement; whichever is later.

2. Confirm completion of repair or replacement, by submitting invoices, receipts or other documentation to your agent or claim office.

Until these requirements have been satisfied, our payment(s) to you will be for the actual cash value of the damaged part of the property, which may include a deduction for depreciation.

Without waiving the above requirements, we will consider paying replacement cost benefits prior to actual repair or replacement if we determine repair or replacement costs will be incurred because repairs are substantially under way or you present a signed contract acceptable to us.

The estimate to repair or replace your damaged property is $105,387.42 . The enclosed claim payment to you of $87,592.50 is for the actual cash value of the damaged property at the time of loss, less any deductible that may apply.
We determined the actual cash value by deducting depreciation from the estimated repair or replacement cost. Our estimate details the depreciation applied to your loss. Based on our estimate, the additional amount available to you for replacement cost benefits (recoverable depreciation) is $17,794.92 .

If you cannot have the repairs completed for the repair/replacement cost estimated, please contact your claim representative prior to beginning repairs.

All policy provisions apply to your claim.

**It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.**

"EXHIBIT 6"

Date: 5/7/2016 3:32 PM          FC0007182 11/3/2015    Page: 3

Case 5:18-cv-00077-EKD   Document 1-1   Filed 05/24/18   Page 18 of 18   Pageid#: 24